**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

-----------------------------------------------------------X

AFERDITA COLLAKU,

                     Petitioner,

-against-

TEMCO SERVICE INDUSTRIES, INC.,
                     Respondent.

-----------------------------------------------------------X

**18 CIVIL 4054 (VEC)**

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated November 26, 2019, the petition to

vacate is DENIED and the cross-petition to confirm is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
       November 27, 2019

                        **RUBY J. KRAJICK**

                              **Clerk of Court**

          BY:

                            **Deputy Clerk**